**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 19, 2026.**

_____
**MICHAEL M. PARKER**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| CRUISING KITCHENS, LLC, | § | CASE NO. 26-50001-MMP |
| CAMERON DAVIES & MARY DAVIES, | § | CASE NO. 26-50002-MMP |
| | § | |
| DEBTORS. | § | JOINTLY ADMINISTERED UNDER |
| | § | CASE NO. 26-50001-MMP |

ORDER TO APPEAR AND SHOW CAUSE

The Court reviewed the docket in this case, and it appears that Ronald J. Smeberg, attorney for the Debtors, signed ECF No. 182 and Royal Lea, another attorney for the Debtor, filed the motion despite not being the attorney who signed it, in violation of Local Rule 5005-1 (adopting Bankr. W.D. Tex. *Administrative Policies and Procedures for Electronic Filing* IV(B)(2)(b)). The Court finds it appropriate to hold a show-cause hearing to determine whether to sanction Mr. Smeberg and Mr. Lea for their violation and whether to strike ECF No. 182 for noncompliance with the Local Rules. It is therefore

**ORDERED** that Ronald J. Smeberg and Royal Lea appear before this Court on

**WEDNESDAY, JUNE 3, 2026, AT 9:30 AM** in the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and United States Courthouse, 615 East Houston Street, San Antonio, Texas, and show cause as to why the Court should not sanction them and strike ECF No. 182.

# # #